UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  2:26-mj-00019-MCRI |
| | ) | |
| | ) | NOTICE OF APPEARANCE |
| vs. | ) | ON BEHALF OF DEFENDANT |
| | ) | |
| JECKSON ARMANDO | ) | |
| VASQUEZ-SALMERON | ) | |

PLEASE TAKE NOTICE that I, Brendan M. Daniels of the Federal Public Defender's Office, hereby enter an appearance as counsel of record on behalf of Defendant Jeckson Armando Vasquez-Salmeron, in place of Alicia Vachira Penn.

Please direct any and all pleadings, discovery, motions, correspondence, and other relevant documents to me at the address listed below.

Respectfully submitted,

*/s/ Brendan M. Daniels*
Brendan M. Daniels, Esquire
Assistant Federal Public Defender
145 King Street, Suite 325
Charleston, SC 29401
Attorney ID# 14286

April 14, 2026